AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Phoenix Entertainment Partners, LLC

*Plaintiff(s)*

v.

Milligan, Inc. d/b/a James Joyce Irish Pub and Eatery, and T2X Entertaiment, LLC

*Defendant(s)*

Civil Action No. 8:16cv3433 T17 JSS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Milligan, Inc. d/b/a James Joyce Irish Pub and Eatery
c/o George Werner, Esquire
1602 E 3rd Ave
Tampa, FL 33605

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Woodrow H. Pollack
GrayRobinson, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 1 6 2016

*Signature of Clerk or Deputy Clerk*